RECEIVED
00 APR -7 AM 9:38
CLERK, U.S. DIST. COURT
DULUTH, MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

| | |
|---|---|
| JOHN E. HERN,<br><br>Plaintiff,<br><br>v.<br><br>BANKERS LIFE CASUALTY COMPANY,<br><br>Defendant. | CIVIL FILE NO.: 00 CV 697<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD** |

**IT IS HEREBY STIPULATED** by the parties, through their undersigned attorneys, that the time within which Defendant, Bankers Life Casualty Company, shall answer or otherwise respond to Plaintiff's Company and Jury Trial Demand may be extended to May 6, 2000.

Date: 4/7/00

Sonia M. Sturdevant (22246X)
**HALVERSON WATTERS DOWNS REYELTS & BATEMAN, LTD.**
700 Providence Building
Duluth, MN 55802-1801

**Attorney for Plaintiff John E. Hern**

Date: 4/6/00

Brian R. McCarthy (14373X)
**McCARTHY & STRIEFERT**
11 East Superior Street, Suite 546
Duluth, MN 55802-2027

**Attorney for Defendant**
**Bankers Life Casualty Company**

460144_1

FILED APR 0 7 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

| | |
|---|---|
| JOHN E. HERN,<br><br>Plaintiff,<br><br>v.<br><br>BANKERS LIFE CASUALTY COMPANY,<br><br>Defendant. | CIVIL FILE NO.: 00 CV 697<br><br>**ORDER FOR EXTENSION OF TIME TO PLEAD** |

Based on the foregoing Stipulation of the parties,

**IT IS HEREBY ORDERED:**

That the time within which the Defendant, Bankers Life Casualty Company, shall answer or otherwise respond to Plaintiff's Complaint and Jury Trial Demand shall be extended to May 6, 2000.

**BY THE COURT:**

Dated: April 7, 2000

Raymond L. Erickson
United States Magistrate Judge