UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

| | | |
|---|---|---|
| JOHN E. HERN,<br><br>Plaintiff,<br><br>v.<br><br>BANKERS LIFE CASUALTY COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL FILE NO.: 00-CV-697 |

**RULE 41(a)(1)(ii) STIPULATION AND ORDER OF DISMISSAL**

Defendant, Bankers Life, by its counsel, and plaintiff, John E. Hern, by his counsel, hereby stipulate and agree that plaintiff shall dismiss Count V of his complaint with prejudice. In Count V, plaintiff sets forth a claim under Minn. Stat. §181.932 a/k/a the Minnesota Whistle Blower Act.

Plaintiff and defendant hereby stipulate as set forth under Federal Rule of Civil Procedure 41(a)(1)(ii).

Dated: 1-29-01

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: ____________________

Ariane Schallwig Johnson, #2104-45
Heather L. Wilson, #20432-41
One Indiana Square, Ste. 2300
Indianapolis, IN 46204
Attorneys for Defendant
(317) 916-1300

FILED FEB 15 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________

Dated: 2-5-01

HALVERSON WATTERS DOWNS REYELTS
& BATEMAN, LTD

By: ______________________
Sonia M. Sturdevant, #22246X
700 Providence Building
Duluth, MN 55802-1801
Attorneys for Plaintiff
(218) 727-6833

**ORDER**

**IT IS ORDERED**, adjudged and decreed that Count V of plaintiff's Complaint is dismissed with prejudice.

Dated this 15th day of February, 2000.

**BY THE COURT**

______________________
Judge, United States District Court
District of Minnesota, Fifth Division