UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

John E. Hern,

Plaintiff,

vs.

CERTIFICATE OF READINESS FOR TRIAL

Bankers Life Casualty Company,

Defendant.

Civ. No. 00-697(JMR/RLE)

* * * * * * * * * * * * * * * * * *

TO: Chief Judge James M. Rosenbaum, and all counsel of record:

All parties are hereby notified that the above-entitled case is "Ready for Trial".

BY THE COURT:

Raymond L Erickson

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

DATED: October 17th, 2001
At Duluth, Minnesota

55

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK