UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-697(JMR/RLE)

John E. Hern )
)
v. ) ORDER
)
Bankers Life Casualty Company )

This matter is before the Court on defendant's motion for summary judgment. According to plaintiff's attorney, counts 3, 5, 8, 9, and 10 of the complaint have been withdrawn. The Court heard oral argument on October 5, 2001. Based on the files, records, and proceedings herein, IT IS ORDERED that:

1. Defendant's motion for summary judgment is denied.

2. Counts 3, 5, 8, 9, and 10 of plaintiff's complaint are hereby dismissed with prejudice.

Dated: October 16th, 2001

JAMES M. ROSENBAUM
United States Chief District Judge

FILED
RICHARD D. SLETTEN, CLERK
OCT 16 2001
JUDGEMENT ENTERED ______
DEPUTY CLERK'S INITIALS ______