UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-697 (JMR/RLE)

| | | |
|---|---|---|
| John Hern | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Bankers Life Casualty Company. | ) | |

The Court has been advised by counsel that the above entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 30 days.

Dated: December 18, 2001

JAMES M. ROSENBAUM, Chief
United States District Judge

FILED
RICHARD D. SLETTEN, CLERK
DEC 19 2001
JUDGEMENT ENTERED ________
DEPUTY CLERK'S INITIALS ________